**Martin De Jesus ROSAS CRUZ; Martina Olivia Lopez Rosas, Petitioners,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–70856.**

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 25, 2007.

Hristo K. Bijev, Fresno, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Lisa M. Arnold, Attorney, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

MEMORANDUM **

Martin de Jesus Rosas Cruz and Martina Olivia Lopez Rosas, married natives and citizens of Mexico, seek review of an order of the Board of Immigration Appeals ("BIA") denying their motion to reopen removal proceedings. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003), and we review de novo claims of constitutional violations in immigration proceedings. *Ram v. INS,* 243 F.3d 510, 516 (9th Cir.2001). We deny the petition for review.

The BIA considered the new evidence petitioners presented with their motion to reopen regarding their children's psychological and medical conditions, and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (explaining that the BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law").

Petitioners' contention that the BIA violated their due process rights by disregarding their evidence of hardship is not supported by the record.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.